THE jury could not agree on a verdict.

———◆ ✳ ◆———

## SCULL vs. MOWRY.

APPEAL. The petition below contained interrogatories, which the defendant had answered on oath. A motion was now made on the part of

*Interrogatories cannot be stricken off.*

FALL 1812.
I. District.

SCULL
vs.
MOWRY.

the plaintiff that the petition might be amended by striking out the said interrogatories and answers.

*Hennen*, for the plaintiff.   A party who administers interrogatories to his adversary, is not obliged to use them : he may, if he is able to proceed without them, lay them aside.   " The party," says the *Civil Code*, 316, *art.* 264.  " *wishing to* " *avail himself* of the avowals made by the ad- " verse party, in his  answer to the interrogatories " on facts and articles, must not divide them, but " must take them  entire."   It follows that  the party *not wishing to avail himself* of them, need not take them.

*Porter*, for the defendant, was stopped

*By the Court.*   The 26th section of the act for establishing parish courts,  1807, *ch.* 1,  provides that in regard to  the  obtaining  discoveries from either plaintiff or defendant on oath, and  the *effect* of the same, the  proceedings shall be  the  same as in  the  superior court,  1805, *ch.* 26.   The ninth section of that act, directs that, whenever  any fact is denied  by  the  answer  to an  interrogatory  of either plaintiff or defendant,  such answer so given *shall be received* as true, unless disproved, &c.

THE *Civil Code*, 316, *art.* 259, refers to those acts, and declares that the form of those interroga-

tories, and *the rules that are to be observed in* them, are settled by the law regulating the judicial proceedings. The 264th article, introduces no change; it only declares what the law was before, viz. that the answer is not to be divided, but must be taken entire.* The *rule* that the *answer shall be received as true,* unless, &c. is not changed. If there be a party, who may cause the answer to be received as true, it surely must be the one in whose favour it is, be he the person interrogating or interrogated.

FALL 1812.<br>I. District.<br>SCULL<br>*vs.*<br>MOWRY.

### LEAVE DENIED.

---

ª See a quotation from Pothier, *ante,* 74, 75.